■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALIX JEAN, Appellant. [915 NYS2d 512]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Brennan, J.), imposed July 8, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Leventhal and Austin, JJ., concur.